In the Matter of the Claim of ROSE STRAUS, Respondent, against S. GOLDSTEIN & BROS. et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Submitted March 5, 1934; decided March 20, 1934.)

*Jeremiah F. Connor* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs in favor of the State Industrial Board; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.